**Order filed March 6, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00568-CV

———————

**LIZZIE J. LOVALL, INDIVIDUALLY; KEITH L. SHAW;
INDIVIDUALLY: KENNETH L. YOUNG; INDIVIDUALLY; KIM L.
SHAW, INDIVIDUALLY, Appellants**

**V.**

**HARRIS COUNTY, TEXAS, INDIVIDUALLY, OFFICIALLY AND
VICARIOUSLY; MAY WALKER, CONSTABLE, PRECINCT 7,
INDIVIDUALLY; RUTH MCDUGLE, INDIVIDUALLY; DARLA
TURNER, INDIVIDUALLY; JOHN K. GEORGE, OFFICIALLY,
INDIVIDUALLY; GOW-MING CHAO, INDIVIDUALLY; ET AL,
Appellees**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-23410**

# O R D E R

The notice of appeal in this case was filed June 20, 2013. No clerk's record was filed. To date, the filing fee has not been paid. Appellants claim to be indigent because they were deemed indigent in a previous appeal in this court. No evidence that appellant has established indigence in this appeal has been filed. *See* Tex. R. App. P. 20.1. On December 5, 2013, this court ordered a hearing in the trial court to determine whether appellants are entitled to proceed without advanced payment of costs. On January 6, 2014, the trial court held a hearing at which appellant Lizzie J. Lovall attended. The trial court determined, based on the evidence at the hearing and a review of the record, that appellants failed to set forth or prove any allegations sufficient to support proceeding as paupers. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the clerk of this court on or before **March 21, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM